**Clyde Roberson, et al., Plaintiffs-Appellees, v. Dan Morgan, Defendant-Appellant.**

**Gen. No. 68–7.** 

Fifth District.

May 20, 1968.

John E. Jacobsen, Craig & Craig, of Mt. Vernon, for appellant; no brief filed for appellees. Opinion PER CURIAM. Not to be published in full.